# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DENNIS DOTHARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-01323-LSC-HNJ |
| JAKE WATSON, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on September 27, 2023, recommending the court dismiss plaintiff Dennis Dothard's ("Dothard") monetary claims against Judge Borden and Kevin Ruben Sanchez with prejudice pursuant to 28 U.S.C. § 1915A(b)(2) because they enjoy absolute immunity from monetary damages as well as pursuant to 28 U.S.C. § 1915A(b)(1) for frivolity and dismiss without prejudice Dothard's remaining federal claims pursuant to 28 U.S.C. § 1915A(b)(1) for his failure to state a claim upon which relief can be granted. (Doc. 11). The Magistrate Judge further recommended the court dismiss without prejudice any state-law claims Dothard intended to assert, including any malpractice claims against his defense attorneys, pursuant to 28 U.S.C. § 1367(c). (Doc. 11).

Although the Magistrate Judge advised Dothard of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), Dothard's monetary claims against Judge Borden and Kevin Ruben Sanchez are due to be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(2) because they enjoy absolute immunity from monetary damages as well as pursuant to 28 U.S.C. § 1915A(b)(1) for frivolity.  Dothard's remaining federal claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for Dothard's failure to state a claim upon which relief can be granted.  Additionally, any state-law claims Dothard intended to assert, including any malpractice claims against his defense attorneys, are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

A final judgment will be entered.

**DONE** and **ORDERED** on October 31, 2023.

_____
L. Scott Coogler
United States District Judge

160704